IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARTIN CARRASCO DOMINGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-206-KC |
| | § | |
| ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and MERRICK GARLAND, | § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Dismissal, ECF No. 6. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 12th day of July, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE